

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00014-CR

_____

QUINCY BLAKELY, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Criminal Court No. 1
Denton County, Texas
Trial Court No. CR-2015-06355-E

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

Quincy Blakely, proceeding pro se, filed a notice of appeal in this court attempting to challenge the trial court's order denying his "Motion to Dismiss for Lack of Speedy Trial." Generally, we have jurisdiction to consider an appeal by a criminal defendant only where there has been a final judgment of conviction. *Bridle v. State*, 16 S.W.3d 906, 907 (Tex. App.—Fort Worth 2000, no pet.) (per curiam); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam). Accordingly, we sent Blakely a letter expressing our concern that we do not have jurisdiction because the trial court has not entered any appealable orders. We informed Blakely that unless he or any other party desiring to continue the appeal filed a response showing grounds for continuing this appeal, we could dismiss it. *See* Tex. R. App. P. 44.3. Blakely did not file a response. We therefore dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *see also Class v. State*, No. 02-19-00464-CR, 2020 WL 579108, at *1 (Tex. App.—Fort Worth Feb. 6, 2020, no pet.) (mem. op., not designated for publication) (per curiam) ("Even if the trial court had denied Appellant's speedy-trial motion in a written order, that order would be appealable only in an appeal from a final judgment.").

/s/ Dana  Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  April 8, 2021